Frederick A. Batson, OSB No. 821887
**GLEAVES SWEARINGEN LLP**
P.O. Box 1147
Eugene, OR 97440
Telephone: (541) 686-8833
Facsimile: (541) 345-2034
batson@gleaveslaw.com

and

Jack N. Sibley, Georgia Bar #644850 - to be *admitted pro hac vice*
Carl H. Anderson, Jr., Georgia Bar #016320 - to be *admitted pro hac vice*
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
jsibley@hptylaw.com
canderson@hptylaw.com

   Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **PRIME FACTORS, INC.**, a Georgia corporation<br><br>Plaintiff,<br><br>vs.<br><br>**PROTEGRITY USA, INC.**, a Delaware corporation,<br><br>Defendant. | Case No.:<br><br>**DISCLOSURE STATEMENT (FRCP 7.1)** |

DISCLOSURE STATEMENT (FRCP 7.1) – Page 1

Pursuant to FRCP 7.1, the undersigned representative of Prime Factors, Inc. hereby states that there is no parent corporation of Prime Factors, Inc., and that no publicly traded company owns any of the stock of Prime Factors, Inc.

DATED this 24th day of March, 2014.

        **PRIME FACTORS, INC.**

By: _____
Name: _Timmy Fletcher_
Title: _CFO_